IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| RODNEY CARROLL, TODD VAN DER JAGT, JERRY RAY, TONY JELINEK, STEPHEN ANDERSON, AND FRED MINOR ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>FLEXSTEEL INDUSTRIES, INC., JERALD K. DITTMER, DERECK P. SCHMIDT, AND UNNAMED FIDUCIARIES OF FLEXSTEEL'S ERISA-GOVERNED SEVERANCE PLAN,<br><br>Defendants. | Case No. 2:21-cv-1005-MAR |

## DEFENDANTS' MOTION TO APPEAR PRO HAC VICE

Mark E. Schmidtke, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendants Flexsteel Industries, Inc., Jerald K. Dittmer, and Dereck P. Schmidt. Mark E. Schmidtke states that He is a member in good standing of the bar of the State of Indiana, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

**Mark E. Schmidtke** further states that he will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Jesse R. Dill, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

s/ Mark E. Schmidtke

Mark E. Schmidtke
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: 219-242-8668
Fax: 219-242-8669
mark.schmidtke@ogletree.com

46677596.1