IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| RODNEY CARROLL, TODD VAN DER JAGT, JERRY RAY, TONY JELINEK, STEPHEN ANDERSON, AND FRED MINOR ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> FLEXSTEEL INDUSTRIES, INC., JERALD K. DITTMER, DERECK P. SCHMIDT, AND UNNAMED FIDUCIARIES OF FLEXSTEEL'S ERISA-GOVERNED SEVERANCE PLAN, <br><br> Defendants. | Case No. 2:21-cv-01005-MAR |

**DEFENDANTS' MOTION TO DISMISS
THE ERISA SEVERANCE PAY CLAIMS
IN PLAINTIFFS' FIRST AMENDED COMPLAINT**

Come now Defendants, Flexsteel Industries, Inc., Jerald K. Dittmer, and Derek P Schmidt, and move to dismiss Plaintiffs' claims for severance benefits under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001, *et seq.* ("ERISA") in their First Amended Complaint, pursuant to Fed.R.Civ.P. 12(b)(6), for failure to state a claim upon which relief can be granted. Specifically, Plaintiffs have failed to state a plausible claim that Flexsteel established an ongoing ERISA-governed severance plan that entitles Plaintiffs to severance benefits. Plaintiffs have also failed to state a plausible claim that Defendants Dittmer and Schmidt were fiduciaries of the purported severance plan or that they violated any fiduciary duties with respect to the supposed plan. Contemporaneous with the filing of this motion, Defendants file their supporting brief and the Declaration of Mark E. Schmidtke.

1

Dated: June 8, 2021

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/  Mark E. Schmidtke
Mark E. Schmidtke
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: 219-242-8668
Fax: 219-242-8669
mark.schmidtke@ogletree.com

Jesse R. Dill, AT0014080
Pabst Boiler House
1243 North 10th Street, Suite 200
Milwaukee, Wisconsin 53205
Telephone:  414-239-6400
Facsimile:  414-755-8289
jesse.dill@ogletree.com

ATTORNEYS FOR DEFENDANTS
FLEXSTEEL INDUSTRIES, INC.,
JERALD K. DITTMER, and
DERECK P. SCHMIDT

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on June 8, 2021, by

☐ U.S. Mail

☐ FAX

☐ Hand Delivered

☐ Electronic Mail

☐ FedEx/ Overnight Carrier

☒ CM/ECF

dao@emprights.com
kawm@emprights.com

Dorothy A. O'Brien, AT0005877
Kelsey A. Marquard, AT0011433
O'BRIEN & MARQUARD, P.L.C.
2322 East Kimberly Road, Suite 140S
Davenport, Iowa 52807
Tele: 563-355-6060
Fax: 563-355-6666

s/ Mark E. Schmidtke
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

47385893.1