IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| RODNEY CARROLL, TODD VAN DER JAGT, JERRY RAY, TONY JELINEK, STEPHEN ANDERSON, and FRED MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>FLEXSTEEL INDUSTRIES, INC., JERALD K. DITTMER, and DERECK P. SCHMIDT,<br><br>Defendants. | No. 21-cv-1005-CJW<br><br>**ORDER** |

_____

As discussed at the status conference on January 27, 2022, the motion for preliminary approval of settlement, class certification, and notice to the class shall be filed by February 28, 2022. The motion shall also include a proposed schedule of the remaining deadlines that will be needed for completion of the case.

**IT IS SO ORDERED** this 28th day of January, 2022.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa