IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| RODNEY CARROLL, TODD VAN DER JAGT, JERRY RAY, TONY JELINEK, STEPHEN ANDERSON, AND FRED MINOR ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED;<br><br>Plaintiffs,<br><br>v.<br><br>FLEXSTEEL INDUSTRIES, INC.; JERALD K. DITTMER, DEREK P. SCHMIDT, and UNNAMED FIDUCIARIES OF FLEXSTEEL'S ERISA-GOVERNED SEVERANCE PLAN<br><br>Defendants. | CASE NO. 2:21-cv-01005-CJW-MAR<br><br>PLAINTIFFS' UNRESISTED MOTION FOR CLASS CERTIFICATION, PRELIMINARY APPROVAL OF SETTLEMENT, NOTICE TO CLASS AND APPOINTMENT OF CLASS COUNSEL |

Come now Plaintiffs, through counsel, and move under *Fed. R. Civ. Proc.* 23 for

1. Certification of a Class for settlement purposes;

2. Preliminary Approval of the settlement;

3. Approval of class notice to class members;

4. Appointment of Class Counsel;

5. Setting deadlines for filing claims, making objections, opting out and the final fairness hearing to consider final approval of the proposed settlement.

6. Defendants do not resist this motion.

In support of their Motion, Plaintiffs attach a Brief.

Respectfully submitted,

/s/ *Dorothy A. O'Brien*
Dorothy A. O'Brien, AT0005877
Kelsey A.W. Marquard, AT0011433
O'Brien & Marquard, P.L.C.
2322 East Kimberly Road, Suite 140S
Davenport, Iowa 52807
563-355-6060 Telephone
563-355-6666 Facsimile
dao@emprights.com Email
kawm@emprights.com Email

ATTORNEYS FOR PLAINTIFFS

Certificate of Service

I, Dorothy O'Brien, certify that the foregoing document was served via email on the following attorneys of record on February 25, 2022:

☐U.S.Mail                ☐FAX
☐Hand Delivered     X Electronic Mail
☐FedEx/Overnight Carrier
X CM/ECF

Mark E. Schmidtke
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Mark E. Schmidtke
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: 219-242-8668
Fax: 219-242-8669
mark.schmidtke@ogletree.com

Jesse R. Dill, AT0014080
Pabst Boiler House

2

1243 North 10th Street, Suite 200
Milwaukee, Wisconsin 53205
Telephone: 414-239-6400
Facsimile: 414-755-8289
jesse.dill@ogletree.com

ATTORNEYS FOR DEFENDANTS
FLEXSTEEL INDUSTRIES, INC.,
JERALD K. DITTMER, and
DEREK P. SCHMIDT