IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| RODNEY CARROLL, TODD VAN DER JAGT, JERRY RAY, TONY JELINEK, STEPHEN ANDERSON, AND FRED MINOR ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED; <br><br> Plaintiffs, <br><br> v. <br><br> FLEXSTEEL INDUSTRIES, INC.; JERALD K. DITTMER, DEREK P. SCHMIDT, and UNNAMED FIDUCIARIES OF FLEXSTEEL'S ERISA-GOVERNED SEVERANCE PLAN <br><br> Defendants. | CASE NO. 2:21-cv-01005-CJW-MAR <br><br> PLAINTIFFS' UNRESISTED MOTION FOR APPROVAL OF SERVICE FEES, SETTLEMENT ADMINISTRATION FEES AND ATTORNEY FEES |

Come now Plaintiffs through their attorneys and move this Court for its order approving payment of service fees to the named representatives, the Settlement Administrator fees and attorney fees and costs. Defendants do not resist this motion.

Plaintiffs seek incentive awards in the following amounts to the named plaintiffs:

    Rodney Carroll  $7500

    Todd Van Der Jagt $7500

    Jerry Ray    $2500

Plaintiffs' Motion for approval of Attorneys Fees
**Carroll et al v Flexsteel et al**

   Tony Jelinek  $2500

   Stephen Anderson $2500

   Fred Minor  $2500

In addition the undersigned attorneys seek as fees and costs associated with bringing this action 1/3 of the gross settlement fund, which equals $425,000 out of which they have agreed to pay $5,000 toward the cost of settlement administration, the costs of litigation which amount to $3,770.55 and reimburse Attorney Susan Hess for her time devoted to the case before she referred the matter to the undersigned. Ms. Hess is married to lead plaintiff Rodney Carroll. Obviously, this plan is subject to the Court's approval.

Finally, the court's approval is sought for payment to Simpluris for class administration, including the required notices, web site establishment, calculation, and distribution of settlement proceeds. The Simpluris fee is $12,409.

In support of this Motion, please see the attached brief and exhibits.

Respectfully submitted,

/S/Dorothy A. O'Brien
Dorothy A. O'Brien #AT0005877
O'BRIEN & MARQUARD, P.L.C.
2322 East Kimberly Road, Suite 140S
Davenport, IA 52807
(563) 355-6060 Telephone
(563) 355-6666 Facsimile
dao@emprights.com Email

2
Case 2:21-cv-01005-CJW-MAR   Document 48   Filed 04/29/22   Page 2 of 4

Plaintiffs' Motion for approval of Attorneys Fees
**Carroll et al v Flexsteel et al**

/s/<u>Kelsey A.W. Marquard</u>
Kelsey A.W. Marquard
O'BRIEN & MARQUARD, P.L.C.
2322 East Kimberly Road, Suite 140S
Davenport, IA 52807
(563) 355-6060  Telephone
(563) 355-6666 Facsimile
<u>kawm@emprights.com</u>  Email


ATTORNEYS FOR PLAINTIFFS

Plaintiffs' Motion for approval of Attorneys Fees
**Carroll et al v Flexsteel et al**

## Certificate of Service

The Undersigned, an attorney of record herein, hereby certifies that on April 29, 2022, the foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF System, which sent copies to the following participants:

>Mark E. Schmidtke
>OGLETREE, DEAKINS, NASH,
>SMOAK & STEWART, P.C.
>56 S. Washington Street, Suite 302
>Valparaiso, IN 46383
>Telephone: 219-242-8668
>Fax: 219-242-8669
>mark.schmidtke@ogletree.com
>
>Jesse R. Dill, AT0014080
>Pabst Boiler House
>1243 North 10th Street, Suite 200
>Milwaukee, Wisconsin 53205
>Telephone: 414-239-6400
>Facsimile: 414-755-8289
>jesse.dill@ogletree.com
>
>ATTORNEYS FOR DEFENDANTS
>FLEXSTEEL INDUSTRIES, INC.,
>JERALD K. DITTMER, and
>DEREK P. SCHMIDT

>*/S/Dorothy A. O'Brien*
>Dorothy A. O'Brien