# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| Rodney Carroll, et al. *Plaintiff* v. Flexsteel Industries, Inc, et al. *Defendant* | Civil Action No. 21-CV-1005-CJW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment entered pursuant to Order filed 9/1/2022.

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge CJ Williams on order approving settlement.

Date: September 2, 2022

*CLERK OF COURT*

*JH* Deputy Clerk

*Signature of Clerk or Deputy Clerk*